JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROWSHAN, | CASE NO. 2:16-cv-01063-PA (FFMx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| BAXTER HEALTHCARE CORPORATION, BAXALTA US INC. f/k/a Baxter Bioscience, and DOES 1-100, inclusive, | |
| Defendants. | |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

35959331v.2

1  The Court having considered the parties' Joint Stipulation for Dismissal with
2  Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), filed on
3  November 22, 2016, and good cause appearing,

4  **IT IS HEREBY ORDERED** that:

5  1. The above-captioned case is dismissed in its entirety with prejudice.

6  2. Each party shall bear its own fees and costs.

9  Dated: November 22, 2016

   _____
   Honorable Percy Anderson
   United States District Judge